UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| OPEX COMMUNICATIONS, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| v. | ) | Case No.06cv6190(T)(F) |
| | ) | |
| GLOBAL CROSSING BANDWIDTH, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

### STIPULATION

IT IS HEREBY STIPULATED, by and between the parties, that the time for defendant Global Crossing Bandwidth, Inc. to move, answer or otherwise plead with respect to the complaint is extended to and including May 11, 2006.

Respectfully submitted,

| | |
|---|---|
| **/s/ Jeffrey J. Calabrese** | **/s/ Michael J. Shortley, III** |
| Jeffrey J. Calabrese | Michael J. Shortley, III |
| Harter Secrest & Emery LLP | Global Crossing North America, Inc. |
| 1600 Bausch & Lomb Building | 1080 Victor-Pittsford Road |
| Rochester, NY 14604 | Pittsford, NY 14534 |
| (585) 232-6500 | (585) 255-1429 |

Dated:       April 26, 2006

SO ORDERED:

    S/ MICHAEL A. TELESCA
Michael A. Telesca
Senior United States District Judge

April 26, 2006